# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DANIELA A. SANCHEZ,** | ) |
| | ) Civil Action No. 1:22-cv-00156 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MORTGAGE ELECTRONIC** | ) |
| **REGISTRATION SYSTEMS, INC,** | ) |
| **NATIONS LENDING CORPORATION,** | ) |
| **ALL THE WORLD,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, requiring a non-governmental corporate party to an action or proceeding in a district court to identify any parent corporation and any publicly held corporation that owns 10% or more of its stock, the undersigned counsel for Defendant Nations Lending Corporation (Nations Lending) discloses that Nations Lending is an Ohio corporation. Nations Lending has no parent corporation and no publicly owned corporation owns 10% or more of its stock.

Respectfully submitted,

NATIONS LENDING CORPORATION

By: Their Attorney

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)
sbodurtha@hinshawlaw.com

Dated:   April 11, 2022

1050314\310492898.v1

## CERTIFICATE OF SERVICE

      I, Samuel C. Bodurtha, hereby certify that on this 11th day of April 2022, I electronically filed and mailed a copy of this notice to following party:

Daniela A. Sanchez
15 McCabe Street
Cranston, RI 02920

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                   */s/ Samuel C. Bodurtha*
                                                   Samuel C. Bodurtha