# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DANIELA A. SANCHEZ,** | ) |
| | ) Civil Action No.1:22-cv-00156 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, NATIONS LENDING CORPORATION, ALL THE WORLD,** | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, requiring a non-governmental corporate party to an action or proceeding in a district court to identify any parent corporation and any publicly held corporation that owns 10% or more of its stock, the undersigned counsel for Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") discloses that MERS is a wholly owned subsidiary of MERSCORP Holdings Inc., a privately held corporation. ICE Mortgage Technology is the parent company of MERSCORP Holdings, Inc. and a wholly owned subsidiary of Intercontinental Exchange, Inc. listed on the New York Stock Exchange ("NYSE").

1050314\310492921.v1

Respectfully submitted,

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

By: Their Attorney

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)
sbodurtha@hinshawlaw.com

Dated:     April 11, 2022

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that on this 11th day of April 2022, I electronically filed and mailed a copy of this notice to following party:

Daniela A. Sanchez
15 McCabe Street
Cranston, RI 02920

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

 /s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha