UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIELA A. SANCHEZ,

    Plaintiff,

        v.                            CA No. 22-cv-156-WES

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
and NATIONS LENDING CORPORATION,

    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Memorandum and Order entered on November 22, 2022, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing the plaintiff's complaint.

    It is so ordered.

November 22, 2022                      By the Court:

                                               /s/ William E. Smith
                                               United States District Judge